1 ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By: Jeffrey R. Duarte
2 State Bar No. 186190
P.O. Box 0142
3 Modesto, CA 95353
Phone (209) 521-2552
4 Fax: (209) 526-7898

5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA DE VERA, | Case No.: 2:19-cv-00189-EFB |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment and/or Remand to Monday, July 22, 2019. This is Plaintiff's first request for an extension of time.

The Commissioner's brief will be due on or about August 20, 2019.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

-1-

Plaintiff's counsel is attending a California Applicants Attorneys Association convention from June 18 to June 24, 2019, and will have a heavy trial workload both before he leaves and upon his return. Plaintiff's counsel needs additional time to further review the administrative record and prepare the Motion. Per Defendant counsel's email dated May 9, 2019, defendant has no objection to this request.

Respectfully submitted,

Dated: May 9, 2019

By: */s/ Jeffrey R. Duarte*
JEFFREY R. DUARTE
Attorney for Plaintiff

Dated: May 9, 2019

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Sharon Lahey*
(As authorized via email)
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED.**

Dated: May 13, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE